AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail Express parcel label number EJ465196364US, postmarked November 12, 2020, weighing 2 pounds 5 ounces, addressed to Vincent Carr, 7205 Hollywood blvd #203, Los angeles, CA 90046-7205 with a return address of Robert Oder, 1236 Vanderveer ave, 45011 Hamiltion, OH | )<br>)<br>)  Case No. **1:20-MJ-00865**<br>)<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail Express parcel label number EJ465196364US

located in the _____ Southern _____ District of _____ Ohio _____ , there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance<br>Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector O'Neill

- ☒ Continued on the attached sheet.
- ☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.
**via electronic means, specifically Facetime video.**

Date: **Nov 19, 2020**

*Judge's signature*

City and state: Cincinnati, Ohio

Honorable Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003.

1. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for southwest Ohio, northern Kentucky, and southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2. Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery or sender address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

3. U.S. Postal Inspectors are aware that the State of California is a source location for controlled substances that are regularly mailed to Ohio and the proceeds from the sales of controlled substances are frequently returned to California via the U.S. Mail. Based on this information, your affiant routinely reviews parcels and conducts postal database checks for inbound and outbound parcels that exhibit characteristics of parcels suspected of containing controlled substances and/or the proceeds from the sale of controlled substances.

4.      On or about November 12, 2020, your affiant did a check in a postal database and located Priority Mail Express parcel label number EJ465196364US (PARCEL 1) addressed to 7205 Hollywood Blvd #203, Los Angeles, CA 90046 (SUBJECT ADDRESS).

5.      Your affiant contacted the Postal Processing & Distribution Center (P&DC), Cincinnati, Ohio and obtained an image of PARCEL 1. The parcel is addressed to Vincent Carr, 7205 Hollywood blvd #203, Los angeles, CA 90046-7205 with a return address of Robert Oder, 1236 Vanderveer ave, 45011 Hamiltion, OH. There is also a phone number on the parcel label with the sender information – (513) 546-8746. The sender misspelled the return address city; the correct spelling is "Hamilton". Your affiant requested PARCEL 1 be placed in a secure area for further investigation.

6.      Your affiant did a check in CLEAR regarding the SUBJECT ADDRESS. CLEAR is a database that is used by law enforcement as a tool to identify person/business and address information. According to CLEAR, the name "Carr" is not associated with 7205 Hollywood Blvd #203, Los Angeles, CA 90046-7205.

7.      Your affiant did a check in CLEAR regarding the return address on PARCEL 1. According to CLEAR, the name "Oder" is associated with 1236 Vanderveer Ave, Hamilton, OH 45011. Your affiant also did a check of the phone number on the parcel label (513) 546-8746. According to CLEAR, that number is associated with "Oder".

8.      On or about November 13, 2020, your affiant obtained PARCEL 1 from the Cincinnati P&DC.

9.      Your affiant did a check of postal business records and learned the same person or persons that is checking PARCEL 1 via tracking number is also checking Priority Mail parcel postal tracking number 9505 5245 1872 0317 3510 13 (PARCEL 2) going to the SUBJECT ADDRESS. PARCEL 2 had already processed through a postal facility in Cincinnati, Ohio and was enroute to the office of delivery in Los Angeles, California.

10.     Your affiant obtained an image of PARCEL 2 and learned the parcel is addressed to Vincent Carr, 7205 Hollywood Blvd apt 203, West Hollywood 90046 with a return address of Keegan Gormley, 3869 Carrington Way, Hamilton, OH 45011, (513) 617-8844.

11.     Your affiant did a check in CLEAR regarding the return address on PARCEL 2. According to CLEAR, the name "Gormley" is associated with 3869 Carrington Way, Hamilton, OH 45011. Your affiant

2

also did a check of the phone number on the parcel (513) 617-8844. According to CLEAR, the name "Jerome Dillon" is associated the phone number.

12. Based on the aforementioned information, your affiant contacted the office of delivery in Los Angeles, California and requested PARCEL 2 be returned to the origin of mailing for further investigation.

13. On or about November 16, 2020, your affiant received PARCEL 2.

14. On or about November 17, 2020, your affiant contacted Cincinnati Police Department Specialist Mike Harper to arrange for a narcotic canine to check PARCEL 1 and 2. Specialist Harper responded to the U.S. Postal Inspection Service (USPIS) Field office, Cincinnati, Ohio where PARCEL 1 and 2 were placed in a separate controlled area and presented to narcotic canine, "Cairo". "Cairo" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon PARCEL 1 and 2. Your affiant knows that Specialist Harper and narcotic canine "Cairo" train regularly and are certified annually through the Ohio Peace Officer Training Academy. Your affiant has presented countless parcels to Specialist Harper and canine "Cairo" which has resulted in successful seizures of a quantity of a narcotic or other dangerous controlled substance and their proceeds or instrumentalities therefore your affiant considers them to be reliable. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

15. PARCEL 1 is further identified as follows: a U.S. Postal Service Priority Mail Express cardboard box 12 1/2" x 3" x 15 1/4" in size, bearing label number EJ465196364US, weighing 2 pounds 5 ounces, postmarked November 12, 2020; see address information below:

**Sender:** Robert Oder
1236 Vanderveer ave 45011
Hamiltion, OH
(513) 546-8746

**Addressee:** Vincent Carr
7205 Hollywood blvd #203
Los angeles, CA 90046-7205

16. PARCEL 2 is further identified as follows: U.S. Postal Service Priority Mail Medium Flat Rate box 12" x 3 1/2" x 14" in size, bearing tracking number 9505 5245 1872 0317 3510 13, weighing 4 pounds 14 ounces, postmarked November 12, 2020; see address information below:

      **Sender:** Keegan Gormley
           3869 Carrington Way
           Hamilton, OH 45011
           (513) 617-8844

      **Addressee:** Vincent Carr
           7205 Hollywood Blvd apt 203
           West Hollywood 90046

17. This information along with the positive alert of narcotic canine "Cairo" is indicative of a drug package or its proceeds.

18. Based on the information contained herein, your affiant believes that contained in PARCEL 1 and 2 is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

19. PARCEL 1 and 2 are being secured at the USPIS Field Office, Cincinnati, Ohio pending further investigation.

Therefore, a search warrant to open PARCEL 1 and 2 is requested.

Further, your affiant sayeth naught.

*[signature]*

Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this 19th day of November, 2020.
**via electronic means, specifically Facetime video.**

*[signature]*

Honorable Stephanie K. Bowman
United States Magistrate Judge

4



United States Postal Inspection Service
Pittsburgh Division

OFFICER AFFIDAVIT

I, __M. Harper__, am and have been employed by the Cincinnati Police Department since __2001__. Among other duties, I am currently the assigned handler of narcotics detection canine "Cairo" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

marijuana, cocaine, methamphetamine and heroin

On __11-17-20__, at the request of Postal Inspector K. O'Neill, I responded to Cincinnati Postal Inspection Service office, where "Cairo" did alert to and indicate upon: (describe item)

__EJ 465 146 364 US addressed to Vincent Carr 7205 Hollywood Blvd #203 Los Angeles CA 90046-7205 return Robert Oder 1236 Vanderveer Ave Hamilton OH 45011__

Which, based upon my training and experience and that of "Cairo", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

__M. Harper__  __11-17-20__
(Signature and Date)

__O'Neill__  __11-17-2020__
(Signature and Date)

Cincinnati Field Office
495 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone. 877-876-2455
FAX: 513-684-8009